| | |
|---|---|
| 1 | |
| 2 | IN THE CIRCUIT COURT OF THE STATE OF OREGON |
| 3 | FOR LANE COUNTY |

| | | |
|---|---|---|
| 4 | DOMINIC ARTIS and DAMYEAN DOTSON | Case No.: |
| 5 | Plaintiffs, | |
| 6 | v. | COMPLAINT |
| 7 | | CLAIM NOT SUBJECT TO |
| 8 | UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON, | MANDATORY ARBITRATION |
| 9 | | DEMAND FOR JURY TRIAL |
| 10 | Defendants. | Prayer: $ 20 million |
| 11 | | (ORS 21.160(1)(e)) |
| 12 | | |

13

14   Plaintiffs Dominic Artis and Damyean Dotson, by and through their counsel, Alex Spiro of Brafman

15   & Associates, P.C. *(pro hac vice* petition forthcoming), and local counsel Brian Michaels, by way of

16   Complaint against Defendants University of Oregon; Sandy Weintraub; Chicora Martin; Robin

17   Holmes; and Michael R. Gottfredson, hereby alleges as follows:

18                                                    1.

19
     Due to the amount prayed for this claim is not subject to mandatory arbitration.
20

21                                        **THE PARTIES**

22                                                    2.

23   Plaintiffs Artis and Dotson are 21-year-old individuals who were formerly matriculated students at

24   the University of Oregon (when abbreviated, "University").

25

26

1 -    COMPLAINT

Exhibit 1 - Page 1 of 41
Defendants' Notice of Removal

3.

Dominic Artis went to Salesian High School in Richmond CA until 11th grade. They won a state championship his freshman year (2009) and went to the state championship his junior year. His junior year (2011) he also won Division IV Player of the Year in California. He went to Findlay Prep High School in Henderson, NV for his senior year. They won the national championship that year (2012). For the Nationally Televised Hoop Hall Classic he received 'player of the game.' And for the nationally televised game against Bishop Gorman he received 'most inspirational.' He was also ranked 62nd on the ESPN 100 (#5 in state) coming out of high school and he was ranked the #8 point guard in the country and #1 in California as well. Mr. Artis was #32 in some mock drafts as a freshman in college. He was also invited to, and attended, the Darron Williams Nike Skills camp his senior year of high-school, and the Kyrie Irving Skills camp his freshman year of college which was composed of the top 20 point guards in college at the time.

4.

Damyean Dotson went to Jack Yates High School, a top basketball school in Texas. As a junior, he was recognized as the District 21 Newcomer of the Year and an All-District performer. In his senior season, he was captain of the team averaging 21 points and 5 rebounds per game which led to him being one of the top ranked players in Houston and leading his team to two state finals. The Houston Chronicle named him 2012 Greater Houston Player of the Year and he was selected All-District 21, All-Region 3 and 4A All-State after his impressive senior year. Mr. Dotson was slated for a Shooting Guard position, having been recruited at Oregon, Colorado, George Town, Texas Tech, Dayton, Arkansas, Texas Southern, Texas A&M. In his freshmen season at Oregon he was named to the 2013 Kyle Macy Freshman All-American Team, All-Tournament team and Pac-12 Freshman team

2 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 2 of 41
Defendants' Notice of Removal

1  and was invited to the Kevin Durant and Lebron James basketball camp and well as a finalist on the

2  Team USA U19 Squad. How the actions on the part of the Defendants not occurred, he would

3  currently be an NBA player making millions of dollars per year.

5.

Defendant University is, and was at all relevant times, an institution of higher education chartered

and existing pursuant to the laws of the State of Oregon, located in Eugene, Oregon.

6.

Defendant Sandy Weintraub is, and was at all relevant times, the Director of Student Conduct &

Community Standards at the University. Mr. Weintraub can be served with process at the Office of

the Dean of Students, 164 Oregon Hall, Eugene, OR 97403. Mr. Weintraub is being sued in his

individual capacity.

7.

Defendant Chicora Martin was, at all relevant times, the Assistant Dean of Students at the

University. Ms. Martin can be served with process at Mills College, Cowell Building, 5000

MacArthur Blvd, Oakland, CA 94613. Ms. Martin is being sued in her individual capacity.

8.

Defendant Robin Holmes is, and was at all relevant times, Vice President for Student Life at the

University. Dr. Holmes can be served with process at Division of Student Life, 5216 University of

Oregon, 164 Oregon Hall, Eugene, OR 97403. Dr. Holmes is being sued in her individual capacity.

9.

Defendant Michael R. Gottfredson was the President of the University from August 1, 2012, through

3 -   COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 3 of 41
Defendants' Notice of Removal

1  approximately August 6, 2014. Dr. Gottfredson can be served with process at UC Irvine School of

2  Social Ecology, 5300 Social and Behavioral Sciences Gateway, Irvine, CA 92697. Dr. Gottfredson

3  is being sued in his individual capacity.

4                                              **VENUE**

5                                               10.

6

7  Venue is proper in the Circuit Court for Lane County, Oregon, because the University resides in this

8  judicial district, and a substantial part of the events or omissions giving rise to the claim occurred in

9  this judicial district.

10                                            **FACTS**

11                                              11.

12

13  As one of the top hundred or so high school basketball prospects in the nation, each Plaintiff

14  received offers to play basketball at multiple universities, and ultimately chose to attend Oregon.

15                                              12.

16  In order to induce plaintiffs to attend Oregon, Oregon provided plaintiffs with an athletic scholarship.

17                                              13.

18

19  Plaintiffs attended an off-campus party on or around March 8, 2014.

20                                              14.

21  After about an hour and a half, a female student approached members of the basketball team,

22  including plaintiffs, and a separate related plaintiff, Brandon Austin, and began dancing for them.

23                                              15.

24

25  Subsequently, the female student went into a bathroom with plaintiffs and Mr. Austin and initiated

26  consensual sexual activity. The individuals then left the bathroom together.

4 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 4 of 41
Defendants' Notice of Removal

16.

Numerous individuals at the party witnessed the female student interacting with the basketball players both before and after the sexual activity in the bathroom, and would have testified under oath that the female student gave absolutely no indication that **she** was sexually assaulted, or even upset, and insisted on remaining with the basketball players even after they left the bathroom.

17.

Later in the evening, the female student chose to return to the apartment of one of the basketball players, along with all three basketball players. The female student was laughing and joking, even as she left the party with plaintiffs, and entered the taxi-cab with them. At least one female witness would have testified under oath she offered the female student a ride, which she declined. At no time did this witness observe any reluctance on the part of the female student, nor any aggression on the part of plaintiffs.

18.

The female student chose to stay overnight at the apartment, and continued to engage in sexual activity after waking up in the morning.

19.

Thereafter, the female student was sent home in a cab, and she sent a text message stating "thanks for getting me home."

20.

At no point did the female student appear to be intoxicated.

21.

At no point did the female student say "no" about any sexual activity.

5 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 5 of 41
Defendants' Notice of Removal

22.

The female student expressed verbal consent and/or gave unmistakable physical indications of her desire to participate in sexual contact with the young men at the times they were engaged in sexual conduct.

23.

For reasons heretofore unknown, within a day or two, the female student began making false, scandalous, and malicious accusations about all three basketball players, including the utterly false accusation that the players dragged her into the bathroom and assaulted her; the utterly false accusation that the players wrestled her into a car, forced her to get drunk, and drove her to the apartment; and the utterly false accusation that she was raped at the apartment.

24.

Thereafter, the accuser made numerous inconsistent statements to the Eugene Police Department regarding her sobriety, the events and conversations leading up to the sexual conduct, and the actual actions, words, and behavior of those involved during sexual contact.

25.

On April 14, 2014, the Lane County District Attorney determined their office would not be pressing charges against any of the basketball players "because the conflicting statements and actions by the victim make this case unprovable as a criminal case."

26.

In or around late April, the Oregonian newspaper published the police report that the female student had made.

27.

6 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 6 of 41
Defendants' Notice of Removal

The next evening, presumably in response to the publication of the police report, the District Attorney's office issued a document outlining numerous weaknesses in the case, and concluding that those weaknesses presented "an insurmountable barrier to prosecution."

28.

At a proximate point in time, defendant Gottfredson imposed discipline upon players without due process by making a public statement condemning the basketball players, even though the District Attorney had declined to prosecute, and the University had not started, much less concluded, the hearing process.

29.

Almost immediately after the police report was published, and notwithstanding the clarifying statement from the District Attorney's office, defendant Martin improperly suspended plaintiffs on an "emergency" basis, and scheduled an "emergency" hearing to expel the plaintiffs.

30.

Almost concurrently, a University student came forward and told a University investigator that she personally interacted with the female complainant throughout the evening in question, the female complainant was not at all intoxicated, and the female complainant insisted on going home with the basketball players, to the point of refusing to leave with her friends.

31.

At all relevant times, it was well-established that, given the seriousness of the alleged infraction, the possible consequences, and the degree of sanction or penalty sought to be imposed, the Fourteenth Amendment to the United States Constitution's guarantee of procedural and substantive due process, and the Oregon Revised Statutes, required the defendants to provide plaintiffs with the right to

7 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 7 of 41
Defendants' Notice of Removal

1  representation by counsel, testimony of witnesses under oath, depositions, issuance of subpoenas,

2  and cross-examination of witnesses, and other due process protections.

3

4                                                      32.

5

6  After the hearing was scheduled, plaintiffs' counsel requested a hearing which complies with the due

7  process requirements of the Constitution and of those set forth in ORS 351.088, and ORS 183.413-

8  .497 and 183.502, including representation by counsel (ORS 183.417(1)), testimony of witnesses

9  under oath (ORS 183.417(7)), depositions (ORS 183.425), issuance of subpoenas by a party (ORS

10  183.440), and cross-examination of witnesses (ORS 183.450(3)).

11                                                      33.

12

13  Among other things, the plaintiffs' counsel further made clear that, in order to present a defense, the

14  players would need to subpoena the numerous witnesses who would testify that the female student

15  gave absolutely no indication that she was sexually assaulted, or even upset, and insisted on

16  remaining with the basketball players even after they left the bathroom, and two individuals with

17  whom the female student had chosen to have sex after just meeting them, evidencing her willingness

18  to engage in sexual activity with individuals who she just met.

19

20                                                      34.

21  In violation of plaintiffs' procedural and substantive due process rights, and rights under the Oregon

22  Revised Statutes generally and as cited above, the defendants refused to (among other things) allow

23  the players to subpoena witnesses who would be supportive of his defense, refused to provide

24  unredacted reports, refused to provide a contested case hearing, refused to allow cross-examination,

25  and otherwise refused to provide the due process required by the United States Constitution and

26

8 -   COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 8 of 41
Defendants' Notice of Removal

1 | applicable laws.

2 | 35.

3 | Instead, the defendants engineered an unconstitutional "sham court" hearing of the very worst order,

4 | in which plaintiffs was deprived of the foregoing rights.

5 | 36.

6 |
7 | The hearing was ultimately scheduled for May 30, 2014.

8 | 37.

9 | Defendant Weintraub ruled against plaintiffs, suspending them from the University from four to ten

10 | years, and refused to provide due process, in all manner described in detail above.

11 | 38.

12 |
13 | Defendant Holmes was charged with the responsibility of hearing an appeal.

14 |

15 | 39

16 | Dr. Holmes, however, refused to respond to the request for an appeal and did not return multiple

17 | phone calls from counsel thereby right to procedural and substantive due process.

18 |

19 |

20 | 40

21 | In or around January 2015, the female student filed a lawsuit against Oregon, alleging that her Title

22 | IX rights had been violated due to Oregon's alleged "deliberate indifference" to the safety of its

23 | students.

24 | 41.

25 |
26 | Consistent with the allegations averred in this Complaint, University's counsel contacted Mr.

9 -    COMPLAINT

Exhibit 1 - Page 9 of 41
Defendants' Notice of Removal

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Austin's (the third player suspended in this incident) counsel, in essence admitting the University believed the female student was not telling the truth about the sexual assault, and asked for Mr. Austin's help in defending the suit.

42.

Prior to defendants' actions, plaintiffs were regarded as two of the top amateur basketball players in the United States of America; on the basketball team at Oregon, a Division school within the Pac-12 Conference; and widely projected to be selected in the NBA Draft, which would more likely than not be accompanied by a multi-million dollar contract and tens of millions of dollars in prospective economic advantage.

43.

As a direct and proximate result of the defendants' conduct, plaintiffs no longer play at a Division 1 school, has severely diminished chances of playing in the NBA, has been made to suffer the opprobrium associated with a suspension from a university, and the opprobrium associated with committing a sexual assault (when in fact they committed no sexual assault), and as a result have suffered personal and professional harm, including extreme emotional distress, in the past, and as a result will suffer personal and professional harm in the future, including loss of income.

44.

Plaintiffs Artis and Dotson, served timely (within 180 days of the events), proper notice of his claims in the manner required by ORS 30.275.

**COUNT 1**
**VIOLATION OF TITLE IX OF THE**
**EDUCATION AMENDMENTS OF 1972,**
**20 U.S.C. § 1681, ET SEQ.**
**(FOR ATTORNEY FEES UNDER 42 USC § 1988)**
**(AGAINST ALL DEFENDANTS)**

10 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 10 of 41
Defendants' Notice of Removal

45.

Plaintiffs Artis and Dotson, repeat the foregoing allegations as if fully set forth herein.

46.

Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681, et seq.) provides, in relevant part, as follows: "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance."

47.

The University receives federal funding through various means including, without limitation, student loans provided to University students directly by the federal government and through other funds furnished by the federal government, and as such is subject to the strictures of Title IX and its implementing regulations.

48.

To assist schools with implementing Title IX and its regulations, the Office of Civil Rights of the United States Department of Education has identified a number of factors to be used in determining whether a school's procedures satisfy the "prompt and equitable" requirements of the regulations. The procedures adopted by a school must not only "ensure the Title IX rights of the complainant," but must also "accord[] due process to both parties involved ... ."

49.

The University (by and through its agents and employees acting within the scope of their agency and employment, including these Defendants) deprived each of these Plaintiffs, solely upon the basis of

11 -    COMPLAINT

Exhibit 1 - Page 11 of 41
Defendants' Notice of Removal

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

their gender, of their Title IX rights to, among other things, due process and equal protection through the improper administration, and/or the existence, in its current state, of the University's policies and procedures.

50.

First, from the very beginning of these horrific accusations of sexual assault, the University engaged in selective enforcement in violation of Title IX, and discriminated against each of these Plaintiffs based solely upon their gender and, as a result, each of these Plaintiffs has been seriously and irreparably damaged.

51.

Regardless of his guilt or innocence (and, to be clear, each of these Plaintiffs was and is innocent), the severity of the penalty (a suspension of between four and ten years), as well as the decision to initiate the proceeding in the first place, were affected by the fact that each of these Plaintiffs is male, and the accuser is female.

52.

On April 14, 2014, the Lane County District Attorney determined they would not be pressing charges against Mr. Austin or any of the basketball players "because the conflicting statements and actions by the victim make this case unprovable as a criminal case."

53.

In or around early May 2014, presumably in response to the publication of the police report, the District Attorney's office issued a lengthy document outlining numerous weaknesses in the prosecution's case, as well as numerous inconsistencies in the accuser's statements, and concluding that those weaknesses presented "an insurmountable barrier to prosecution."

12 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 12 of 41
Defendants' Notice of Removal

54.

Dr. Gottfredson's pronouncement on behalf of the University at the outset of the disciplinary proceedings, however, included the conclusion that the female accuser was a "survivor," and the statement that "as a father, I was appalled at what I read."

55.

On information and belief, the University has never taken action against a female student for engaging in the type of conduct each of these Plaintiffs have been so accused.

56.

On information and belief, the University has never taken action against a female student for making a false allegation of the kind involved in this matter.

57.

On information and belief, in large part due to the lack of any opportunity to defend themselves, accused males invariably are presumed guilty, and found guilty, by University when charged with sexual misconduct at the University.

58.

Second, there was an erroneous outcome from a flawed proceeding, in violation of Title IX.

59.

The University discriminated against each of these Plaintiffs by failing to comply with its own procedures and by failing to comply with the requirements of Title IX, in order to reach a predetermined result, due to their sex, and gender stereotypes.

60.

The University created an environment in which each of these Plaintiffs, as an accused male student,

13 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 13 of 41
Defendants' Notice of Removal

1   was so fundamentally denied due process as to be presumed guilty and thereby assured a finding of

2   guilt.

3                                             61.

4   Such a biased and one-sided process deprived each of these Plaintiffs, as a male student, of

5   educational opportunities based exclusively upon their gender.

6

7                                             62.

8   The University conducted its "investigation" and subsequent hearing in a manner that was biased

9   against these accused, based exclusively upon their gender.

10                                            63.

11  From the outset, the investigation and hearing processes were slanted in favor of the female accuser,

12  because of her gender. The University's representatives, including its president, accepted her

13  statements at face value despite the prosecutor's statements, and granted the female accuser the

14

15  presumption of truth because she is female.

16                                            64.

17  Each of these Plaintiffs did not have an equal or fair opportunity to present relevant witnesses, to

18  present evidence (as described above), and to present evidence about the accuser's motives to present

19

20  false accusations.

21                                            65

22  Those involved with the hearing process were improperly and/or insufficiently trained under Title

23  IX.

24                                            66.

25

26  The University responded to the accuser's accusations with a series of arbitrary, capricious,

14 -    COMPLAINT

Exhibit 1 - Page 14 of 41
Defendants' Notice of Removal

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

discriminatory, and gender-based actions directed toward a predetermined outcome: each of these Plaintiffs' suspension from the University.

67.

Third, the University, in violation of Title IX, demonstrated a deliberate and systemic indifference to the rights of each of these Plaintiffs based exclusively upon their gender.

68.

The University's actions, and inactions, were unreasonable in light of the known circumstances, including but not limited to the District Attorney's office declining to prosecute, and issuing a document outlining numerous weaknesses in the case, and concluding that those weaknesses presented "an insurmountable barrier to prosecution."

69.

But for the obvious gender bias, the outcome of the University proceeding would have been different.

70.

As a direct and proximate consequence of the University's Title IX violation, each of these Plaintiffs has sustained significant damages including, but not limited to, having an academic and/or disciplinary record(s) that improperly reflects they were found to have committed sexual misconduct, harassment, and/or other related offenses.

71.

Additionally, as a direct and proximate consequence of the University's Title IX violation, each of these Plaintiffs no longer plays at a Division I school, has diminished chances of playing in the NBA, has been made to suffer the opprobrium associated with an suspension from a university, and the

15 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 15 of 41
Defendants' Notice of Removal

opprobrium associated with committing a sexual assault (when in fact he committed no sexual assault), and has as a result suffered personal and professional harm, including emotional distress, in the past, and will as a result suffer personal and professional harm in the future, including loss of income.

72.

Without limiting the generality of the foregoing, as a result of the actions of these Defendants, each of these Plaintiffs will sustain economic damages in the form of lost income, and seeks at least $9 million for economic damages; and has sustained and will continue to sustain noneconomic damages, and seeks $1.5 million in noneconomic damages.

73.

Plaintiffs were required to hire attorneys to represent them in this matter and is entitled to an award of reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988, Title IX, and otherwise

COUNT 2
LIABILITY UNDER 42 U.S.C. § 1983
(AND FOR ATTORNEY FEES UNDER § 1988)
(VIOLATION OF THE FIFTH AND 14TH AMENDMENTS' GUARANTY OF DUE PROCESS)
(AGAINST ALL DEFENDANTS EXCEPT UNIVERSITY OF OREGON)

74.

Plaintiffs Dominic Artis and Damyean Dotson, repeat the foregoing allegations as if fully set forth herein.

75.

The university education, and basketball scholarship, as paid for and held by Plaintiffs, guaranteed

16 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 16 of 41
Defendants' Notice of Removal

1   under the admission process by University, is a vested property right and interest of plaintiffs as held

2   by the University of Oregon, an agency of the State of Oregon, and may not be taken or deprived

3   without due process.

76.

At all relevant times, Artis and Dotson were recipients of an athletic scholarship from the University

of Oregon, which contained both express terms and an implied covenant of good faith and fair

dealing.

77.

The individually sued defendants, in their individual capacities, are "persons" within the ambit of 42

U.S.C. § 1983.

78.

These defendants, in their individual capacities, acted "under color of' state law because they

exercised power "possessed by virtue of state law and made possible only because the wrongdoer is

clothed with the authority of state law." See West v. Atkins, 487 U.S. 42, 49 (1988) (quoting United

States v. Classic, 313 U.S. 299, 326 (1941).

79.

Furthermore, these defendants and their representatives were acting in accordance with their

employers' official policy and custom, including the refusal to provide students facing expulsion with

substantive and procedural due process.

80.

There was a direct and proximate causal connection between these defendants' wrongful conduct and

17 -   COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 17 of 41
Defendants' Notice of Removal

1  the harm and damages that resulted.

2                                        81.

3  These defendants' conduct deprived the plaintiff of his rights under the Fifth and Fourteenth

4  Amendments to the United States Constitution, and other rights secured by the Bill of Rights and the

5
   United States Constitution, as well as other federally secured rights and rights secured by other law,
6
7  and failed to protect plaintiffs from injury.

8                                        82.

9  These defendants acted arbitrarily and capriciously, acted with deliberate indifference towards the

10 plaintiffs substantive and procedural due process rights, and acted with an improper motivation.

11
                                         83.
12
13 As a result of these defendants' conduct, Mr. Austin has suffered and will continue to suffer

14 personal and professional harm, as alleged *supra.*

15                                       84.

16 As a result of these actions by defendants, plaintiffs are each likely to sustain economic damages in

17 the form of lost income; and have sustained and will continue to sustain noneconomic damages;

18
   thereby each Plaintiff is seeking at least $9 million for economic damages; and has sustained and will
19
20 continue to sustain noneconomic damages, and seeks $1.5 million in noneconomic damages.

21                                       85.

22 Plaintiffs were required to hire attorneys to represent him in this matter and is entitled to an award of

23 reasonable attorneys' fees and costs pursuant to 42 U.S.c. § 1988.

24

25
                            **COUNT 3**
26            **LIABILITY UNDER 42 U.S.C. § 1983**

18 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 18 of 41
Defendants' Notice of Removal

**(AND FOR ATTORNEY FEES UNDER § 1988)**
**(VIOLATION OF THE 14TH AMENDMENT'S GUARANTY OF EQUAL PROTECTION)**
**(AGAINST ALL DEFENDANTS EXCEPT UNIVERSITY OF OREGON)**

86.

Plaintiffs Dominic Artis and Damyean Dotson, repeat the foregoing allegations as if fully set forth herein.

87.

These defendants by their treatment of these Plaintiffs during these accusatory proceedings in a disparate manner, discriminating against them due to their gender by depriving them of the slightest rights afforded an accused, by announcing their guilt to the press before even conducting the slightest investigation, or opportunity to defend themselves against such horrific allegations, despite the fact the Lane County District Attorney's Office, upon review of the evidence, declined to prosecute.

88.

The individually sued defendants, in their individual capacities, are "persons" within the ambit of 42 U.S.C. § 1983.

89.

These defendants, in their individual capacities, acted "under color of" state law because they exercised power "possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law." See West v. Atkins, 487 U.S. 42, 49 (1988) (quoting United States v. Classic, 313 U.S. 299, 326 (1941).

90.

19 -   COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 19 of 41
Defendants' Notice of Removal

1  Furthermore, these defendants and their representatives were acting in accordance with their

2  employers' official policy and custom, including the refusal to provide students facing expulsion with

3  substantive and procedural due process.

4                                        91.

5

6  There was a direct and proximate causal connection between these defendants' wrongful conduct and

7  the harm and damages that resulted.

8                                        92.

9  These defendants' conduct deprived the plaintiff of his rights under the Fifth and Fourteenth

10  Amendments to the United States Constitution, and other rights secured by the Bill of Rights and the

11  United States Constitution, as well as other federally secured rights and rights secured by other law,

12

13  and failed to protect plaintiffs from injury.

14                                        93.

15  These defendants acted arbitrarily and capriciously, acted with deliberate indifference towards the

16  plaintiffs substantive and procedural due process rights, and acted with an improper motivation.

17                                        94.

18

19  As a result of these defendants' conduct, Mr. Austin has suffered and will continue to suffer

20  personal and professional harm, as alleged *supra*.

21

22                                        95.

23  As a result of these actions by defendants, plaintiffs are each likely to sustain economic damages in

24  the form of lost income; and have sustained and will continue to sustain noneconomic damages;

25  thereby each Plaintiff is seeking at least $9 million for economic damages; and has sustained and will

26

20 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 20 of 41
Defendants' Notice of Removal

1    continue to sustain noneconomic damages, and seeks $1.5 million in noneconomic damages.

2                                              96.

3    Plaintiffs were required to hire attorneys to represent him in this matter and is entitled to an award of

4    reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

5

6                                          **COUNT 4**
                                          **NEGLIGENCE**
7                              **(AGAINST ALL DEFENDANTS)**

8

9                                              97.

10

11   Plaintiffs Artis and Dotson repeat the foregoing allegations as if fully set forth herein.

12                                              98.

13   The defendants, individually and collectively, had a duty to Artis and Dotson to conduct a campus

14   investigation in a competent manner and in accordance with societal standards and norms governing

15   such investigations, and to conduct a hearing in a competent manner and in accordance with societal

16   standards and norms governing such hearings, and otherwise act in a reasonably prudent manner with

17

18   regard to Artis and Dotson.

19                                              99.

20   The defendants (including defendant University, by and through its agents and employees acting

21   within the scope of their agency and employment) breached their duty by (among other things)

22   refusing to allow Artis and Dotson to subpoena witnesses who would be supportive of his defense,

23

24   refusing to provide unredacted reports, refusing to provide a contested case hearing, refusing to allow

25   cross-examination, refusing to provide due process, and engineering a "kangaroo court" hearing with

26   the purpose of finding that Artis and Dotson committed a sexual assault that did not in reality occur.

21 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 21 of 41
Defendants' Notice of Removal

100.

As a result of these defendants' conduct, Artis and Dotson have suffered and will continue to suffer personal and professional harm, as alleged *supra*.

101.

As a result of the actions of the defendants, each plaintiff is likely to sustain economic damages in the form of lost income, and has sustained and will continue to sustain noneconomic damages; and thereby each Plaintiff is seeking at least $9 million for economic damages; and has sustained and will continue to sustain noneconomic damages, and seeks $1.5 million in noneconomic damages.

**COUNT 5**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(AGAINST ALL DEFENDANTS)**

102.

Plaintiffs Artis and Dotson repeat the foregoing allegations as if fully set forth herein.

103.

The defendants (including defendant University by and through its agents and employees acting within the scope of their agency and employment) intended to inflict and cause Artis and Dotson to suffer severe emotional distress by taking the actions set forth above.

104.

In the alternative, by taking the actions set forth above, the defendants, individually and collectively, acted with reckless disregard towards Artis and Dotson, causing Artis and Dotson to suffer severe emotional distress.

105.

22 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 22 of 41
Defendants' Notice of Removal

1  The defendants' actions, as described and set forth above, constituted an extraordinary transgression

2  of the bounds of socially tolerable conduct.

3                                         106.

4  As a result of these defendants' conduct, Artis and Dotson have suffered and will continue to suffer

5  personal and professional harm, as alleged *supra*.

6                                         107.

7

8  As a result of the actions of the defendants, plaintiffs have sustained and will continue to sustain

9  noneconomic damages; and seek an amount not to exceed $2 million in damages for each Plaintiff.

10                      **COUNT 6**
                **TORTIOUS INTERFERENCE WITH**
11           **PROSPECTIVE ECONOMIC RELATIONS**
                  **(AGAINST ALL DEFENDANTS)**
12

13

14                                         108.

15  Plaintiffs Artis and Dotson repeat the foregoing allegations as if fully set forth herein.

16                                         109.

17  The defendants (including defendant University of Oregon, by and through its agents and employees

18  acting within the scope of their agency and employment) intentionally, recklessly, and tortuously

19
    interfered with each Plaintiffs' relationship with NBA teams through the improper means described

20
    and set forth above, and with the improper purpose described and set forth above.

21

22                                         110.

23  As a result of these defendants' conduct, each Plaintiff has suffered and will continue to suffer

24  personal and professional harm, as alleged *supra*.

25

26                                         111.

23 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 23 of 41
Defendants' Notice of Removal

As a result of the actions of the defendants, each plaintiff is likely to sustain economic damages in the form of lost income, and has sustained and will continue to sustain noneconomic damages; and thereby each Plaintiff is seeking at least $9 million for economic damages; and has sustained and will continue to sustain noneconomic damages, and seeks $1.5 million in noneconomic damages.

**COUNT 7**

**BREACH OF CONTRACT**

**(AGAINST DEFENDANT UNIVERSITY OF OREGON)**

112.

Plaintiffs Artis and Dotson repeat the foregoing allegations as if fully set forth herein.

113.

At all relevant times, Artis and Dotson were recipients of an athletic scholarship from the University, which contained both express terms and an implied covenant of good faith and fair dealing.

114.

Artis and Dotson had the objectively reasonable expectation, based upon the express terms of the contractual relationship governing the athletic scholarship, that the University of Oregon would renew their scholarship, and not act so as to deprive Artis and Dotson of the fruits of the scholarship, and otherwise act in good faith vis-a-vis his scholarship.

115.

The University's actions, as described and set forth above, constituted a breach of the terms of the contract, including the implied covenant of good faith and fair dealing.

116.

As a direct and proximate result of the University's breach of contract, each plaintiff has been made

24 -    COMPLAINT

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 24 of 41
Defendants' Notice of Removal

1    to suffer significant direct and consequential damages, including loss of future income as described

2    and set forth above.

3                                    117.

4    As a result of the actions of the defendants, each plaintiff expects to sustain economic damages, and

5    will move to amend his complaint when and if those economic damages are incurred.

6

7

8

9    WHEREFORE, each plaintiff requests a jury trial and prays for judgment against defendants in

10   the amounts described in the foregoing Complaint; for their reasonable costs and attorney fees;

11   and for any other relief deemed appropriate by the court.

12

13

14   RESPECTFULLY SUBMITTED this 15th day of March 2016,

15   BY:

16                        s/ BRIAN MICHAELS
                          Brian Michaels    OSB  925607

17

18

19

20

21

22

23

24

25

26

25 -    COMPLAINT

Exhibit 1 - Page 25 of 41
Defendants' Notice of Removal

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

FILED

AT /45 O'CLOCK ___ M

MAR 30 2016

Circuit Court for Lane County, Oregon
BY___

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>                              Plaintiffs,<br><br>        v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON,<br><br>                              Defendants. | Case No.  16CV08200<br><br>ORDER ASSIGNING CASE TO THE HONORABLE MUSTAFA T. KASUBHAI |

THIS MATTER comes before the Court upon the Court's own motion, it appearing appropriate that this case be assigned, therefore;

IT IS HEREBY ORDERED this case is assigned to the Honorable Mustafa T. Kasubhai for all future purposes.

Dated: March 30, 2016.

_____
Debra K. Vogt, Acting Presiding Judge

Prepared by: M. Panter

15CV08200
OR
Order
4618367

Verified Correct Copy of Original 3/31/2016

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

DOMINIC ARTIS and DAMYEAN DOTSON,

           Plaintiffs,

      v.

UNIVERSITY OF OREGON; SANDY WEINTRAUB; ROBIN HOLMES; CHICORA MARTIN; AND **MICHAEL R. GOTTFREDSON**,

           Defendants.

Case No.:  16CV08200

ACCEPTANCE OF SERVICE

COMES NOW undersigned attorney MR. DOUGLAS YS PARK, Deputy General Counsel, Office of the General Counsel, University of Oregon, on behalf of defendant MICHAEL R. GOTTFREDSON, being authorized to do so, hereby accepts service of the summons and complaint in the above-referenced cause and waives any irregularities in service this _____ day of April 2016.

Undersigned attorney MR. DOUGLAS YS PARK hereby declares the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

      DATED This _____ day of April 2016,

BY:

          _____

          MR. DOUGLAS YS PARK; OSB 980904
          Office of the General Counsel
          1226 University of Oregon
          Eugene OR 97403
          541 346-3082

1 -    ACCEPTANCE OF SERVICE

Exhibit 1 - Page 27 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON | Case No.:  16CV08200 |
| Plaintiffs, | |
| v. | |
| UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; AND **MICHAEL R. GOTTFREDSON**, | SUMMONS |
| Defendants. | |

TO:   MICHAEL R. GOTTFREDSON
University of Oregon
Eugene, OR 97403-1226

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiffs will apply to the court for the relief demanded in the complaint.

NOTICE TO DEFENDANT:

READ THESE PAPERS

CAREFULLY!

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must

1 -   SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 28 of 41
Defendants' Notice of Removal

1     be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiffs does not

2     have an attorney, proof of service on the plaintiffs.

3

4        If you have any questions, you should see an attorney immediately.  If you need help in

5

6     finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

7     www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free

8     elsewhere in Oregon at (800) 452-7636.

9                        s/ BRIAN MICHAELS

10                     BRIAN MICHAELS, P.C.

11     STATE OF OREGON,     )
                               )

12     County of Lane         ) ss.

13

14     Undersigned Brian Michaels, attorney of record for plaintiffs, certifies the foregoing is an exact and

15     complete copy of the original summons in the above entitled action.

16                        s/ BRIAN MICHAELS

17                     BRIAN MICHAELS, P.C.

18

19     TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed

20     to serve a true copy of this summons, together with a true copy of the complaint mentioned therein,

21     upon the individual or individuals or other legal entity or entities to whom or which this summons is

22     directed, and to make your proof of service on the document provided which you shall attach hereto.

23

24                        s/ BRIAN MICHAELS

25                  Brian Michaels     OSB 925607

26

2 -     SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 29 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; **ROBIN HOLMES**; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON,<br><br>Defendants. | Case No.:   16CV08200<br><br>ACCEPTANCE OF SERVICE |

COMES NOW undersigned attorney MR. DOUGLAS YS PARK, Deputy General Counsel, Office of the General Counsel, University of Oregon, on behalf of defendant ROBIN HOLMES, being authorized to do so, hereby accepts service of the summons and complaint in the above-referenced cause and waives any irregularities in service this _____ day of April 2016.

Undersigned attorney MR. DOUGLAS YS PARK hereby declares the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED This ____ day of April 2016.

BY: _____

MR. DOUGLAS YS PARK; OSB 980904
Office of the General Counsel
1226 University of Oregon
Eugene OR  97403
541 346-3082

1 -    ACCEPTANCE OF SERVICE

Exhibit 1 - Page 30 of 41
Defendants' Notice of Removal

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON | Case No.:  16CV08200 |
| Plaintiffs, | |
| v. | |
| | SUMMONS |
| UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; **ROBIN HOLMES**; AND MICHAEL R. GOTTFREDSON, | |
| Defendants. | |

TO:    ROBIN HOLMES
         University of Oregon
         Eugene, OR 97403-1226

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiffs will apply to the court for the relief demanded in the complaint.

NOTICE TO DEFENDANT:

READ THESE PAPERS

CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiffs do not have

1 -    SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 31 of 41
Defendants' Notice of Removal

1    an attorney, proof of service on the plaintiffs.

2        If you have any questions, you should see an attorney immediately.  If you need help in

3    finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

4    www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free

5    elsewhere in Oregon at (800) 452-7636.

6

7                    _____s/ BRIAN MICHAELS_____
                            BRIAN MICHAELS, P.C.
8
     STATE OF OREGON,      )
9                          )
     County of Lane        ) ss.
10

11   Undersigned Brian Michaels, attorney of record for plaintiffs, certifies the foregoing is an exact and

12   complete copy of the original summons in the above entitled action.

13

14                    _____s/ BRIAN MICHAELS_____
                            BRIAN MICHAELS, P.C.
15

16

17   TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed

18   to serve a true copy of this summons, together with a true copy of the complaint mentioned therein,

19   upon the individual or individuals or other legal entity or entities to whom or which this summons is

20   directed, and to make your proof of service on the document provided which you shall attach hereto.

21

22

23                    _____s/ BRIAN MICHAELS_____
                        Brian Michaels    OSB  925607
24

25

26

2 -    SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 32 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; ROBIN HOLMES; **CHICORA MARTIN**; AND MICHAEL R. GOTTFREDSON,<br><br>        Defendants. | Case No.:  16CV08200<br><br><br><br>ACCEPTANCE OF SERVICE |

COMES NOW undersigned attorney MR. DOUGLAS YS PARK, Deputy General Counsel, Office

of the General Counsel, University of Oregon, on behalf of defendant CHICORA MARTIN, being

authorized to do so, hereby accepts service of the summons and complaint in the above-referenced

cause and waives any irregularities in service this _____ day of April 2016.


Undersigned attorney MR. DOUGLAS YS PARK hereby declares the above statement is true to the

best of my knowledge and belief, and I understand it is made for use as evidence in court and is

subject to penalty for perjury.

        DATED This _____ day of April 2016,

BY:

        _____

        MR. DOUGLAS YS PARK; OSB 980904
        Office of the General Counsel
        1226 University of Oregon
        Eugene OR 97403
        541 346-3082

1 -    ACCEPTANCE OF SERVICE

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 33 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON<br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; **CHICORA MARTIN**; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON,<br><br>Defendants. | Case No.:  16CV08200<br><br><br>SUMMONS |

TO:    CHICORA MARTIN
Office of the General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiffs will apply to the court for the relief demanded in the complaint.

NOTICE TO DEFENDANT:
READ THESE PAPERS
CAREFULLY!

You must "appear" in this case or the other side will win automatically.  To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee.  It must

1 -    SUMMONS

1  be in proper form and have proof of service on the plaintiffs attorney or, if the plaintiffs does not

2  have an attorney, proof of service on the plaintiffs.

3

4      If you have any questions, you should see an attorney immediately. If you need help in

5  finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

6

7  www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free

8  elsewhere in Oregon at (800) 452-7636.

9                    s/ BRIAN MICHAELS
10                    BRIAN MICHAELS, P.C.

11  STATE OF OREGON,        )
                            )
12  County of Lane          ) ss.

13

14  Undersigned Brian Michaels, attorney of record for plaintiffs, certifies the foregoing is an exact and

15  complete copy of the original summons in the above entitled action.

16                    s/ BRIAN MICHAELS
17                    BRIAN MICHAELS, P.C.
                      Attorney At Law
18

19      TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby

20  directed to serve a true copy of this summons, together with a true copy of the complaint mentioned

21  therein, upon the individual or individuals or other legal entity or entities to whom or which this

22  summons is directed, and to make your proof of service on the document provided which you shall

23  attach hereto.

24

25                    s/ BRIAN MICHAELS
26                    Brian Michaels    OSB 925607

2 -    SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 35 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br>        Plaintiffs,<br><br>        v.<br><br>**UNIVERSITY OF OREGON**; SANDY WEINTRAUB; ROBIN HOLMES; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON,<br><br>        Defendants. | Case No.:   16CV08200<br><br>ACCEPTANCE OF SERVICE |

COMES NOW undersigned attorney MR. DOUGLAS YS PARK, Deputy General Counsel, Office of the General Counsel, University of Oregon, on behalf of defendant UNIVERSITY OF OREGON, being authorized to do so, hereby accepts service of the summons and complaint in the above-referenced matter and waives any irregularities in service this _____ day of April 2016.

Undersigned attorney MR. DOUGLAS YS PARK hereby declares the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED This _____ day of April 2016.

BY: _____

MR. DOUGLAS YS PARK, OSB 980904
Office of the General Counsel
1226 University of Oregon
Eugene OR  97403
541 346-3082

1 -    ACCEPTANCE OF SERVICE

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 36 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR LANE COUNTY

DOMINIC ARTIS and DAMYEAN
DOTSON

          Plaintiffs,

v.

UNIVERSITY OF OREGON; SANDY
WEINTRAUB; CHICORA MARTIN;
ROBIN HOLMES; AND MICHAEL R.
GOTTFREDSON,

          Defendants.

Case No.:  16CV08200

SUMMONS

TO:    UNIVERSITY OF OREGON
        Office of the General Counsel
        1226 University of Oregon
        Eugene, OR 97403-1226

You are hereby required to appear and defend the complaint filed against you in the above

entitled action within thirty (30) days from the date of service of this summons upon you, and in case

of your failure to do so, for want thereof, plaintiffs will apply to the court for the relief demanded in

the complaint.

NOTICE TO DEFENDANT:
READ THESE PAPERS
CAREFULLY!

You must "appear" in this case or the other side will win automatically.  To "appear" you

must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must

be given to the court clerk or administrator within 30 days along with the required filing fee. It must

1 -    SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 37 of 41
Defendants' Notice of Removal

1    be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiffs do not have

2    an attorney, proof of service on the plaintiffs.

3
4          If you have any questions, you should see an attorney immediately.  If you need help in

5    finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

6    www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free

7    elsewhere in Oregon at (800) 452-7636.

8                              s/ BRIAN MICHAELS
9                              BRIAN MICHAELS, P.C.

10   STATE OF OREGON,       )
                            )
11   County of Lane         ) ss.

12

13   Undersigned Brian Michaels, attorney of record for plaintiffs, certifies the foregoing is an exact and

14   complete copy of the original summons in the above entitled action.

15                              s/ BRIAN MICHAELS
16                              BRIAN MICHAELS, P.C.

17

18   TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed

19   to serve a true copy of this summons, together with a true copy of the complaint mentioned therein,

20   upon the individual or individuals or other legal entity or entities to whom or which this summons is

21   directed, and to make your proof of service on the document provided which you shall attach hereto.

22

23
                              s/ BRIAN MICHAELS
24                       Brian Michaels    OSB 925607

25

26

2 -     SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 38 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>             Plaintiffs,<br><br>        v.<br><br>UNIVERSITY OF OREGON; **SANDY WEINTRAUB**; ROBIN HOLMES; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON,<br><br>             Defendants. | Case No.:   16CV08200<br><br><br>ACCEPTANCE OF SERVICE |

COMES NOW undersigned attorney MR. DOUGLAS YS PARK, Deputy General Counsel, Office

of the General Counsel, University of Oregon, on behalf of defendant SANDY WEINTRAUB, being

authorized to do so, hereby accepts service of the summons and complaint in the above-referenced

cause and waives any irregularities in service this _____ day of April 2016.

Undersigned attorney MR. DOUGLAS YS PARK hereby declares the above statement is true to the

best of my knowledge and belief, and I understand it is made for use as evidence in court and is

subject to penalty for perjury.

DATED This _____ day of April 2016,

BY:

_____

MR. DOUGLAS YS PARK; OSB 980904
Office of the General Counsel
1226 University of Oregon
Eugene OR 97403
541 346-3082

1 -     ACCEPTANCE OF SERVICE

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 39 of 41
Defendants' Notice of Removal

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR LANE COUNTY

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON | Case No.:  16CV08200 |
| Plaintiffs, | |
| v. | |
| | SUMMONS |
| UNIVERSITY OF OREGON; **SANDY WEINTRAUB**; CHICORA MARTIN; ROBIN HOLMES; AND MICHAEL R. GOTTFREDSON, | |
| Defendants. | |

TO:     SANDY WEINTRAUB
        University of Oregon
        Eugene, OR 97403-1226

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiffs will apply to the court for the relief demanded in the complaint.

NOTICE TO DEFENDANT:
READ THESE PAPERS
CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiffs does not

1 -     SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 40 of 41
Defendants' Notice of Removal

1 || have an attorney, proof of service on the plaintiffs.

2

3       If you have any questions, you should see an attorney immediately.  If you need help in

4 finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

5 www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free

6

7 elsewhere in Oregon at (800) 452-7636.

8                        _____s/ BRIAN MICHAELS_____
                              BRIAN MICHAELS, P.C.
9

10 STATE OF OREGON,    )
                                  )
11 County of Lane          ) ss.

12

13

14 Undersigned Brian Michaels, attorney of record for plaintiffs, certifies the foregoing is an exact and

15 complete copy of the original summons in the above entitled action.

16                        _____s/ BRIAN MICHAELS_____
                              BRIAN MICHAELS, P.C.
17

18

19 TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed

20 to serve a true copy of this summons, together with a true copy of the complaint mentioned therein,

21 upon the individual or individuals or other legal entity or entities to whom or which this summons is

22 directed, and to make your proof of service on the document provided which you shall attach hereto.

23

24                        _____s/ BRIAN MICHAELS_____
                              Brian Michaels    OSB 925607
25

26

2 -     SUMMONS

BRIAN MICHAELS, P.C.
Attorney At Law
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon 97401
Telephone: (541)687-0578

Exhibit 1 - Page 41 of 41
Defendants' Notice of Removal