**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON,<br><br>　　　　　Defendants. | Case No.:  6:16-cv-00647-MC<br><br>DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE THEIR MOTION TO DISMISS |

### LR 7.1 CERTIFICATE

　　　　The parties have conferred regarding this motion, and plaintiffs' counsel does not oppose the extension requested herein.

Page 1 -　　Defendants' Unopposed Motion to Extend Time to File Their Motion to Dismiss

70095934.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## MOTION

In accordance with Fed R Civ P 6(b), all defendants move this Court for an order extending the current deadline to appear and file their motion to dismiss by one week, from April 25, 2016, to May 2, 2016.

## MEMORANDUM IN SUPPORT

Plaintiffs filed their complaint in the Circuit Court for the State of Oregon for the County of Lane on March 15, 2016, and defendants removed the case to this court on April 14, 2016. Defendants seek this extension to respond to the complaint due to defense counsel's other work obligations. As noted above, defendants' counsel has informed counsel for plaintiffs of this motion and plaintiffs' counsel has stated that they have no objection.

This is the first request for an extension made by defendants and this motion is not made for purposes of delay.

## CONCLUSION

Defendants respectfully request that this motion be granted.

DATED this 25th day of April, 2016.

MILLER NASH GRAHAM & DUNN LLP

*s/Michelle Barton Smigel*
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone: 503.224.5858
Fax:: 503.224.0155

*Attorneys for Defendants*

Page 2 -   Defendants' Unopposed Motion to Extend Time to File Their Motion to Dismiss
70095934.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Defendants' Unopposed Motion to Extend Time to File Their Motion to Dismiss on:

Mr. Brian Michaels
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon  97401
Telephone: (541) 687-0578
E-mail:  brian@brianmichaelslaw.com

*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson*

by the following indicated method or methods on the date set forth below:

- [x] **CM/ECF system transmission.**
- [ ] **E-mail.**  (Courtesy copy.)
- [ ] **Facsimile communication device.**
- [ ] **First-class mail, postage prepaid.**
- [ ] **Hand-delivery.**
- [ ] **Overnight courier, delivery prepaid.**

DATED this 25th day of April, 2016.

*s/Michelle Barton Smigel*
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants*

Page 1 -    Certificate of Service

70095934.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204