OSB Sponsors OK
NY Bar Pro Hac OK

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Dominic Artis, et al

_____
          Plaintiff(s),
v.

University of Oregon, et al

_____
          Defendant(s).

Civil Case No. 16-CV-00647  MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

AMENDED

Attorney Alex Sprio _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Spiro / Alex / B.
      (Last Name) / (First Name) / (MI) / (Suffix)

Firm or Business Affiliation: Brafman & Associates, P.C.

Mailing Address: 767 Third Avenue, 26th Floor

City: New York    State: NY    Zip: 10017

Phone Number: 212-750-7800    Fax Number: 212-750-3906

Business E-mail Address: aspiro@braflaw.com

0979-4576280

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
New York Supreme Court, 2008 - Present, 4656542

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Southern District of New York, 2008 - Present
Eastern District of New York, 2008 - Present

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Dominic Artis and Damyean Dotson

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 15th day of April, 2016

_____
(Signature of Pro Hac Counsel)

Alex Spiro
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 18th day of April, 2016

_____
(Signature of Local Counsel)

Name: Michaels, Brian, L
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 925607

Firm or Business Affiliation: Brian Michaels, P.C., Attorney at Law

Mailing Address: 259 East Fifth Avenue

City: Eugene   State: Oregon   Zip: 97401

Phone Number: 541.687.0020   Business E-mail Address: brian@brianmichaelslaw.com

---

**COURT ACTION**

☑ Application approved subject to payment of fees.
☐ Application denied.

DATED this 25 day of April, 2016

_____
Judge