Alex Spiro, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Fl
New York, NY 10017
Phone: (212)-750-7800
Fax: (212)-750-3906

Brian Michaels, Attorney at Law, OSB No. 925607
259 East Fifth Ave.
Eugene, OR 97401
Phone: (541)-687-0578
Fax: (541)-686-2137

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, <br> all in their individual capacities only, <br><br> Defendants. | Case No. 16-CV-00647 <br><br><br><br><br><br> **MOTION FOR LEAVE FOR COUNSEL TO APPEAR VIA TELEPHONIC CONFERENCE** <br><br> (Oral Argument August 9; 2:00) |

**CERTIFICATION**

Undersigned Counsel for Plaintiffs certifies that he has conferred with Defendants' counsel and is authorized to represent that Defendants do not oppose this motion.

## MOTION

As you are aware, oral argument is scheduled in the above encaptioned matter for the afternoon of August 9, 2016. Prior to the setting of this date, appearances were set in other matters in the New York area precluding my personal appearance in Oregon.

In an effort to allow for the scheduled oral argument to proceed, undersigned Counsel is requesting that he be allowed to participate telephonically.

## CONCLUSION

Plaintiffs respectfully request that this motion be granted.

DATED this 3rd day of August, 2016.

                                               s/Alex Spiro
                                               Alex Spiro, Esq.
                                               Brafman & Associates, P.C.
                                               767 Third Avenue, 26th Floor
                                               New York, NY 10017

                                               s/Brian Michaels
                                               Brian Michaels, Esq.
                                               259 East Fifth Ave.
                                               Eugene, OR  97401

## AFFIDAVIT OF SERVICE

State of Oregon )
) ss:
County of Lane )

  I hereby certify and declare that on the 3rd day of August, 2016, I electronically filed the foregoing Motion for Leave for Counsel to Appear via Telephonic Conference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Attorney/Defendants
Michelle B. Smigel
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone: 503.224.5858
Fax: 503.224.0155

  All parties are registered as CM/ECF participants for electronic notification.

DATED this 3rd day of August, 2016.

                s/Alex Spiro
                Alex Spiro, Esq.
                Brafman & Associates, P.C.
                767 Third Avenue, 26th Floor
                New York, NY 10017

                s/Brian Michaels
                Brian Michaels, Esq.
                259 East Fifth Ave.
                Eugene, OR 97401