ALEX SPIRO, ESQ.
Brafman & Associates, P.C.
767 Third Avenue, 26th Fl
New York, NY 10017
Phone: (212)-750-7800
Fax:  (212)-750-3906

**BRIAN MICHAELS**, OSB # 925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: 541.687.0578
Fax:         541.686.2137
 brian@brianmichaelslaw.com

      Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>                Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON,<br>all in their individual capacities only,<br><br>                Defendants. | Case No.  16-CV-00647 MC<br><br>SUPPLEMENTAL SUBMISSION OF REDACTED EXHIBITS TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM  (DOC 31) PER COURT ORDER (DOC 33) |

In accordance with this court's Order of August 29, 2016 (DOC 33), all exhibits attached to Plaintiffs' Supplemental Memorandum (DOC 31), filed August 16, 2016, are hereby redacted. These redacted exhibits are attached to Declaration of Brian Michaels, submitted with this filing.

      **RESPECTFULLY SUBMITTED** this 8th day of September 2016,
BY:

                                   s/ BRIAN MICHAELS
                            BRIAN MICHAELS OSB 925607
                                Attorney For Plaintiffs

1   SUBMISSION OF REDACTED EXHIBITS