**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**,<br><br>    Plaintiff,<br><br>v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only,<br><br>    Defendants.<br><br>**DOMINIC ARTIS** and **DAMYEAN DOTSON**,<br><br>    Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**,<br><br>    Defendants. | Case No.: 6:15-cv-02257-MC (Lead Case)<br>Case No.: 6:16-cv-00647-MC (Member Case)<br><br>DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

Page 1 -   Defendants' Unopposed Motion to Extend Time to Respond to Third Amended Complaint

70131153.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

**LR 7.1 CERTIFICATE**

The parties have conferred regarding this motion, and plaintiffs' counsel does not oppose the extension requested herein.

**MOTION**

In accordance with Fed R Civ P 6(b), all defendants move this Court for an order resetting the time to respond to the Third Amended Complaint from October 28 to December 2, 2016.

**MEMORANDUM IN SUPPORT**

Defendants seek this extension to respond due to defense counsels' schedules, other work obligations, and the Thanksgiving holiday. As noted above, defendants' counsel has informed counsel for plaintiffs of this motion and plaintiffs' counsel has stated that they have no objection.

This is the first request for an extension made by defendants and this motion is not made for purposes of delay.

**CONCLUSION**

Defendants respectfully request that this motion be granted.

DATED this 27th day of October, 2016.

MILLER NASH GRAHAM & DUNN LLP


s/ *Michelle B. Smigel*
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone: 503.224.5858
Fax:: 503.224.0155

*Attorneys for Defendants*

Page 2 -   Defendants' Unopposed Motion to Extend Time to Respond to Third Amended Complaint

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

I hereby certify that I served the foregoing Defendants' Unopposed Motion to Extend Time to Respond to Third Amended Complaint:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon 97401<br>Telephone: (541) 338-7072<br>E-mail: mdugan@mdugan.com<br><br>*Attorneys for Plaintiff Brandon Austin* | Mr. Alan C. Milstein<br>Sherman Silverstein Kohl Rose & Podolsky<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Telephone: (856) 662-0700<br>E-mail: amilstein@shermansilverstein.com<br><br>*Attorneys for Plaintiff Brandon Austin* |
| Mr. Brian Michaels<br>259 East Fifth Avenue, Suite 300-D<br>Eugene, Oregon 97401<br>Telephone: (541) 687-0578<br>E-mail: brian@brianmichaelslaw.com<br><br>*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* | Mr. Alex Spiro<br>Brafman & Associates<br>767 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 750-7800<br>E-mail: aspiro@braflaw.com<br><br>*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.** (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 27th day of October, 2016.

s/ *Michelle B. Smigel*
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants*

Page 1 - Certificate of Service

70131153.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204