**Michelle Barton Smigel, P.C.**, OSB No. 045530
michelle.smigel@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN**, <br><br> Plaintiff, <br><br> v. <br><br> **UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, all in their individual capacities only, <br><br> Defendants. | Case No.: 6:15-cv-02257-MC (Lead Case) <br> Case No.: 6:16-cv-00647-MC (Member Case) <br><br> DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION |
| **DOMINIC ARTIS** and **DAMYEAN DOTSON**, <br><br> Plaintiffs, <br><br> v. <br><br> **UNIVERSITY OF OREGON**; **SANDY WEINTRAUB**; **CHICORA MARTIN**; **ROBIN HOLMES**; and **MICHAEL R. GOTTFREDSON**, <br><br> Defendants. | |

Page 1 -   Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Reconsideration

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70131349.1

### LR 7.1 CERTIFICATE

The parties have conferred regarding this motion, and plaintiffs' counsel does not oppose the extension requested herein.

### MOTION

In accordance with Fed R Civ P 6(b), all defendants move this Court for an order resetting the time to respond to Plaintiff's Motion for Reconsideration from October 28, to December 2, 2016.

### MEMORANDUM IN SUPPORT

Defendants seek this extension to respond due to defense counsels' schedules, other work obligations, and the Thanksgiving holiday. As noted above, defendants' counsel has informed counsel for plaintiffs of this motion and plaintiffs' counsel has stated that they have no objection.

This is the first request for an extension made by defendants and this motion is not made for purposes of delay.

### CONCLUSION

Defendants respectfully request that this motion be granted.

DATED this 27th day of October, 2016.

MILLER NASH GRAHAM & DUNN LLP

s/ *Michelle B. Smigel*
Michelle Barton Smigel, P.C., OSB No. 045530
michelle.smigel@millernash.com
Michael Porter, P.C., OSB No. 003560
mike.porter@millernash.com
Phone:  503.224.5858
Fax::  503.224.0155

*Attorneys for Defendants*

Page 2 -   Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Reconsideration

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70131349.1

I hereby certify that I served the foregoing Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Motion for Reconsideration:

| | |
|---|---|
| Ms. Marianne Dugan<br>259 East 5th Avenue, Suite 200-D<br>Eugene, Oregon  97401<br>Telephone:  (541) 338-7072<br>E-mail:  mdugan@mdugan.com<br><br>*Attorneys for Plaintiff Brandon Austin* | Mr. Alan C. Milstein<br>Sherman Silverstein Kohl Rose & Podolsky<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey  08057<br>Telephone:  (856) 662-0700<br>E-mail:  amilstein@shermansilverstein.com<br><br>*Attorneys for Plaintiff Brandon Austin* |
| Mr. Brian Michaels<br>259 East Fifth Avenue, Suite 300-D<br>Eugene, Oregon  97401<br>Telephone:  (541) 687-0578<br>E-mail:  brian@brianmichaelslaw.com<br><br>*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* | Mr. Alex Spiro<br>Brafman & Associates<br>767 Third Avenue<br>New York, New York  10017<br>Telephone:  (212) 750-7800<br>E-mail:  aspiro@braflaw.com<br><br>*Attorneys for Plaintiffs Dominic Artis and Damyean Dotson* |

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED this 27th day of October, 2016.

*s/ Michelle B. Smigel*
Michelle Barton Smigel, OSB No. 045530

*Of Attorneys for Defendants*

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

70131349.1