**ALEX SPIRO, ESQ.**
Brafman & Associates, P.C.
767 Third Avenue, 26th Fl
New York, NY 10017
Phone: (212)-750-7800
Fax: (212)-750-3906

**BRIAN MICHAELS**, OSB # 925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: 541.687.0578
Fax:          541.686.2137
 brian@brianmichaelslaw.com

        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BRANDON AUSTIN,<br><br>        Plaintiff,<br><br>  v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>        Defendants.<br><br>DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>        Plaintiffs,<br><br>  v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>        Defendants. | Case No. 6:15-cv-02257-MC (Lead Case)<br>Case No. 6:16-cv-00647-MC (Member Case)<br><br><br><br>PLAINTIFFS' UNOPPOSED MOTION FOR 14 DAY EXTENSION OF TIME TO FILE RESPONSE BRIEF SET FOR<br><br>January 19, 2017 to February 2, 2017 |

1   PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs herein moves this court for an order extending the time for Response Brief 14 days from January 19, 2017 to February 2, 2017.

The basis for this request is Plaintiffs' Attorney has been trapped in his home for 5+ days due to the ice storm and was unable to go to work due to the severe weather conditions. This situation has left Counsel severely backlogged with work undone.

Counsel has contacted Defendants' Attorney Taylor D. Richman who and he DOES NOT OBJECT to this motion.

**RESPECTFULLY SUBMITTED** this 17th day of January 2017,
BY:

        s/ BRIAN MICHAELS
BRIAN MICHAELS OSB 925607
Attorney for Plaintiffs