**ALEX SPIRO, ESQ.**
Brafman & Associates, P.C.
767 Third Avenue, 26th Fl
New York, NY 10017
Phone: (212)-750-7800
Fax: (212)-750-3906

**BRIAN MICHAELS**, OSB # 925607
259 East Fifth Avenue, Suite 300-D
Eugene, Oregon   97401
Telephone: 541.687.0578
Fax:         541.686.2137
  brian@brianmichaelslaw.com

**ALAN C. MILSTEIN** (Pro Hac Vice)
SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Telephone: 856-662-0700
Facsimile: 856-488-4744
E-Mail: amilstein@shermansilverstein.com

**MARIANNE DUGAN** (OSB #932563)
259 E. 5th Avenue, Suite 200-D
Eugene, OR 97401
Telephone: 541-338-7072
Facsimile: 866-650-5213
E-Mail: mdugan@mdugan.com

             Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BRANDON AUSTIN,<br><br>                 Plaintiff,<br><br>        v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only, | Case No. 6:15-cv-02257-MC (Lead Case)<br>Case No. 6:16-cv-00647-MC (Member Case)<br><br>PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS MOTION FOR COURT TO RECONSIDER ITS ORDER DISMISSING PLAINTIFFS' CLAIMS FOR DUE PROCESS AND |

1   PLAINTIFFS' REPLY MEMORANDUM FOR RECONSIDERATION OF DUE PROCESS
AND QUALIFIED IMMUNITY

|  |  |
|---|---|
| Defendants. | QUALIFIED IMMUNITY |
| DOMINIC ARTIS and DAMYEAN DOTSON, | |
| Plaintiffs, | (Oral Argument Requested) |
| v. | |
| UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only, | |
| Defendants. | |

Plaintiffs appear by way of this Reply Memorandum to quickly address these salient and succinct points:

1.  The inclusion of Plaintiffs' scholarship agreements/contracts in their Motion To Reconsider dispels the notion prompted by Defendants there is not new relevant materials worthy of reconsideration, by simultaneously dispelling the notion there was no benefit or pay or four-year contract for pay supplied by the scholarships similar to the of the medical residency analyzed in Stretten v. Wadsworth Veterans Hosp., 538 F.2d 361 (9th Cir. 1976)

2.  Defendants' Response to Plaintiffs' Motion did not question the accuracy or authenticity of the scholarships, thereby accepting them as validly pled at this stage.

3.  Defendants did not present for this court's review a copy of the contract for Residency analyzed in Stretten, Supra., or any contract for residency at the University to establish for this court an applicable contrast to Plaintiffs' scholarships as property interest.

4.  At this stage of the proceedings, given the absence of any evidence to the contrary, we must accept as valid Plaintiffs' assertion that their scholarships

2   PLAINTIFFS' REPLY MEMORANDUM FOR RECONSIDERATION OF DUE PROCESS AND QUALIFIED IMMUNITY

are an equivalent property interest as that for a medical residency as analyzed

in Stretten.


**RESPECTFULLY SUBMITTED** this 9th day of February 2017,
BY:


ALEX SPIRO, ESQ. ___ ____                                    s/ BRIAN MICHAELS_____
ALEX SPIRO, ESQ.                                    BRIAN MICHAELS OSB 925607
Pro Hac Vice
                    Of Attorneys For Plaintiffs


3   PLAINTIFFS' REPLY MEMORANDUM FOR RECONSIDERATION OF DUE PROCESS
AND QUALIFIED IMMUNITY