IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRANDON AUSTIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON, all in their individual capacities only,<br><br>    Defendants.<br>_____<br>DOMINIC ARTIS and DAMYEAN DOTSON,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES; and MICHAEL R. GOTTFREDSON,<br><br>    Defendants.<br>_____ | Case No. 6:15-cv-02257-MC (Lead Case)<br>Case No. 6:16-cv-00647-MC (Member Case)<br><br>JUDGMENT |

MCSHANE, Judge:

1 – JUDGMENT

Based on the June 7, 2017 Opinion and Order (ECF No. 56) granting Defendants' Motion to Dismiss, this action is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED.

DATED this 7th day of June, 2017

                                              s/Michael J. McShane
                                                Michael McShane
                                       United States District Judge