# EXHIBIT 1
## Statement of Costs for Defendants University of Oregon, et al.

| Date | Plaintiff | Amount | Description |
|---|---|---|---|
| December 2, 2015 | Austin | $400 | Cost of removing complaint to federal court pursuant to 28 USC § 1441 |
| April 14, 2016 | Artis/Dotson | $400 | Cost of removing complaint to federal court pursuant to 28 USC § 1441 |