

# OREGON STATE BAR
## 2012 ECONOMIC SURVEY

Addendum Includes Additional Analyses by Race/Ethnicity Categories

**AUGUST 2012 (REVISED JULY 2013)**

©2012 OREGON STATE BAR
ALL RIGHTS RESERVED

Exhibit 3 - Declaration of Naomi Levelle Haslitt
Page 1 of 5

**Billing Rate:** The average, median, 25th percentile, 75th percentile, 95th percentile and high hourly billing rates are included in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average and median billing rates of $242 and $225 per hour compare to $213 and $200 in the 2007 survey.

**Hourly Billing Rate All Respondents – Private Practice**

| Hourly Billing Rate | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|
| Average | $242 | $284 | $216 | $218 | $230 | $215 | $209 | $190 |
| Median | $225 | $275 | $210 | $208 | $225 | $200 | $200 | $188 |
| Low | $20 | $60 | $21 | $20 | $20 | $115 | $45 | $33 |
| 25th Percentile | $180 | $200 | $175 | $170 | $176 | $200 | $165 | $171 |
| 75th Percentile | $295 | $350 | $250 | $275 | $250 | $240 | $243 | $200 |
| 95th Percentile | $405 | $450 | $350 | $323 | $394 | $269 | $300 | $289 |
| High | $675 | $675 | $525 | $425 | $550 | $375 | $510 | $300 |
| Number of Respondents | 964 | 366 | 261 | 91 | 90 | 54 | 72 | 30 |

**Total Years Admitted to Practice:** Average, median, 25th percentile, 75th percentile, and 95th percentile hourly billing rates by total years admitted to practice are presented in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average and median billing rates were generally higher with more years admitted to practice. Regional data exhibits some variations, but generally follows the trend of higher rates as years of experience increase.

**Hourly Billing Rate by Total Years Admitted to Practice – Private Practice**

| Years Admitted | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| 0-3 Years | Average | $156 | $182 | $143 | $150 | $128 | n/a | $158 | n/a |
| | Median | $163 | $175 | $150 | $150 | $150 | n/a | $165 | n/a |
| | 25th Percentile | $146 | $163 | $101 | $146 | $113 | n/a | $154 | n/a |
| | 75th Percentile | $185 | $198 | $198 | $175 | $169 | n/a | $165 | n/a |
| | 95th Percentile | $229 | $246 | $220 | $193 | $175 | n/a | $173 | n/a |
| 4-6 Years | Average | $195 | $210 | $192 | $183 | $176 | n/a | $177 | n/a |
| | Median | $198 | $218 | $200 | $180 | $183 | n/a | $185 | n/a |
| | 25th Percentile | $156 | $160 | $150 | $160 | $169 | n/a | $175 | n/a |
| | 75th Percentile | $233 | $250 | $250 | $213 | $196 | n/a | $200 | n/a |
| | 95th Percentile | $286 | $295 | $269 | $258 | $236 | n/a | $200 | n/a |

Exhibit 3 - Declaration of Naomi Levelle Haslitt
Page 2 of 5

BILLING PRACTICES

**Hourly Billing Rate by Total Years Admitted to Practice – Private Practice** *Continued*

| Years Admitted | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| 7-9 Years | Average | $228 | $258 | $209 | $208 | n/a | n/a | $168 | n/a |
| | Median | $225 | $250 | $200 | $185 | n/a | n/a | $173 | n/a |
| | 25th Percentile | $186 | $225 | $187 | $180 | n/a | n/a | $150 | n/a |
| | 75th Percentile | $270 | $295 | $225 | $200 | n/a | n/a | $218 | n/a |
| | 95th Percentile | $334 | $375 | $300 | $280 | n/a | n/a | $236 | n/a |
| 10-12 Years | Average | $247 | $280 | $221 | n/a | $244 | n/a | n/a | n/a |
| | Median | $240 | $275 | $200 | n/a | $225 | n/a | n/a | n/a |
| | 25th Percentile | $196 | $233 | $176 | n/a | $225 | n/a | n/a | n/a |
| | 75th Percentile | $275 | $300 | $258 | n/a | $228 | n/a | n/a | n/a |
| | 95th Percentile | $369 | $428 | $290 | n/a | $314 | n/a | n/a | n/a |
| 13-15 Years | Average | $253 | $312 | $213 | $247 | $239 | n/a | $180 | n/a |
| | Median | $250 | $300 | $238 | $265 | $195 | n/a | $175 | n/a |
| | 25th Percentile | $185 | $261 | $153 | $215 | $183 | n/a | $175 | n/a |
| | 75th Percentile | $300 | $379 | $250 | $290 | $278 | n/a | $200 | n/a |
| | 95th Percentile | $428 | $435 | $335 | $298 | $380 | n/a | $200 | n/a |
| 16-20 Years | Average | $226 | $256 | $200 | $243 | $209 | $215 | $215 | n/a |
| | Median | $225 | $250 | $200 | $250 | $210 | $225 | $225 | n/a |
| | 25th Percentile | $180 | $200 | $155 | $188 | $179 | $210 | $183 | n/a |
| | 75th Percentile | $250 | $300 | $250 | $288 | $228 | $225 | $244 | n/a |
| | 95th Percentile | $350 | $380 | $331 | $335 | $255 | $250 | $264 | n/a |
| 21-30 Years | Average | $267 | $326 | $212 | $225 | $277 | $231 | $203 | $167 |
| | Median | $250 | $333 | $220 | $220 | $250 | $200 | $200 | $165 |
| | 25th Percentile | $200 | $251 | $175 | $170 | $225 | $200 | $150 | $138 |
| | 75th Percentile | $350 | $399 | $250 | $269 | $300 | $250 | $224 | $206 |
| | 95th Percentile | $450 | $470 | $313 | $319 | $411 | $320 | $300 | $274 |
| Over 30 Years | Average | $282 | $340 | $259 | $270 | $274 | $229 | $257 | $217 |
| | Median | $250 | $350 | $250 | $275 | $250 | $225 | $250 | $200 |
| | 25th Percentile | $211 | $275 | $200 | $240 | $229 | $200 | $200 | $195 |
| | 75th Percentile | $350 | $400 | $300 | $300 | $278 | $250 | $275 | $250 |
| | 95th Percentile | $450 | $500 | $375 | $350 | $487 | $275 | $350 | $285 |

**Area of Private Practice:** For attorneys in private practice, the average, median, 25th percentile, 75th percentile, and 95th percentile hourly billing rate by area of private practice is presented in the following table. This data includes attorneys in private practice working full-time, part-time by choice, or part-time due to lack of legal work. For Oregon, the average hourly billing rates range from a low of $190 per hour for civil litigation-insurance defense to a high of $291 for civil litigation-defendant (excludes insurance defense) The highest median billing rate was $275 for both business/corporate - litigation and business/corporate - transactional. In general, the highest hourly billing rates were in Portland.

**Hourly Billing Rate by Area of Practice – Private Practice**

| Area of Private Practice | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| Bankruptcy | Average | $269 | $356 | $231 | n/a | n/a | $259 | n/a | n/a |
| | Median | $250 | $380 | $225 | n/a | n/a | $250 | n/a | n/a |
| | 25th Percentile | $210 | $305 | $200 | n/a | n/a | $220 | n/a | n/a |
| | 75th Percentile | $320 | $410 | $250 | n/a | n/a | $250 | n/a | n/a |
| | 95th Percentile | $416 | $429 | $312 | n/a | n/a | $350 | n/a | n/a |
| Business/ Corporate – Litigation | Average | $284 | $311 | $252 | n/a | n/a | n/a | n/a | n/a |
| | Median | $275 | $300 | $248 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $225 | $255 | $174 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $328 | $360 | $258 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $450 | $450 | $459 | n/a | n/a | n/a | n/a | n/a |
| Business/ Corporate – Transactional | Average | $285 | $345 | $235 | $235 | $251 | n/a | n/a | n/a |
| | Median | $275 | $350 | $240 | $240 | $235 | n/a | n/a | n/a |
| | 25th Percentile | $204 | $281 | $175 | $240 | $200 | n/a | n/a | n/a |
| | 75th Percentile | $350 | $405 | $300 | $275 | $259 | n/a | n/a | n/a |
| | 95th Percentile | $468 | $488 | $350 | $275 | $383 | n/a | n/a | n/a |
| Civil Litigation, Defendant (excludes Insurance Defense) | Average | $291 | $309 | $233 | n/a | n/a | n/a | n/a | n/a |
| | Median | $250 | $275 | $235 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $225 | $225 | $210 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $375 | $375 | $263 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $450 | $453 | $293 | n/a | n/a | n/a | n/a | n/a |
| Civil Litigation, Insurance Defense | Average | $190 | $194 | $179 | n/a | n/a | n/a | n/a | n/a |
| | Median | $180 | $185 | $170 | n/a | n/a | n/a | n/a | n/a |
| | 25th Percentile | $160 | $165 | $139 | n/a | n/a | n/a | n/a | n/a |
| | 75th Percentile | $205 | $220 | $196 | n/a | n/a | n/a | n/a | n/a |
| | 95th Percentile | $289 | $289 | $256 | n/a | n/a | n/a | n/a | n/a |

Exhibit 3 - Declaration of Naomi Levelle Haslitt
Page 4 of 5

**Hourly Billing Rate by Area of Practice – Private Practice** Continued

| Area of Private Practice | | Oregon | Portland | Tri-County | Upper Valley | Lower Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|---|
| Civil Litigation, Plaintiff (excludes Personal Injury) | Average | $240 | $266 | $242 | $201 | $232 | n/a | n/a | n/a |
| | Median | $250 | $250 | $250 | $170 | $225 | n/a | n/a | n/a |
| | 25th Percentile | $188 | $205 | $220 | $163 | $175 | n/a | n/a | n/a |
| | 75th Percentile | $298 | $300 | $298 | $250 | $275 | n/a | n/a | n/a |
| | 95th Percentile | $393 | $400 | $378 | $283 | $335 | n/a | n/a | n/a |
| Civil Litigation, Plaintiff – Personal Injury | Average | $264 | $280 | $274 | $215 | $298 | n/a | n/a | n/a |
| | Median | $250 | $250 | $275 | $213 | $325 | n/a | n/a | n/a |
| | 25th Percentile | $200 | $239 | $213 | $153 | $265 | n/a | n/a | n/a |
| | 75th Percentile | $344 | $350 | $350 | $275 | $350 | n/a | n/a | n/a |
| | 95th Percentile | $396 | $385 | $403 | $335 | $370 | n/a | n/a | n/a |
| Criminal – Private Bar | Average | $214 | $260 | $197 | $198 | n/a | n/a | $182 | n/a |
| | Median | $200 | $225 | $213 | $185 | n/a | n/a | $170 | n/a |
| | 25th Percentile | $150 | $194 | $164 | $150 | n/a | n/a | $154 | n/a |
| | 75th Percentile | $250 | $356 | $250 | $250 | n/a | n/a | $194 | n/a |
| | 95th Percentile | $373 | $429 | $266 | $300 | n/a | n/a | $238 | n/a |
| Family Law | Average | $214 | $250 | $202 | $240 | $203 | $200 | $202 | n/a |
| | Median | $200 | $250 | $200 | $225 | $195 | $200 | $200 | n/a |
| | 25th Percentile | $175 | $195 | $164 | $200 | $150 | $200 | $161 | n/a |
| | 75th Percentile | $250 | $295 | $231 | $290 | $250 | $225 | $213 | n/a |
| | 95th Percentile | $346 | $350 | $300 | $347 | $290 | $230 | $313 | n/a |
| Real Estate/Land Use/Environmental Law | Average | $283 | $332 | $246 | $280 | n/a | n/a | n/a | n/a |
| | Median | $265 | $328 | $245 | $285 | n/a | n/a | n/a | n/a |
| | 25th Percentile | $225 | $261 | $228 | $275 | n/a | n/a | n/a | n/a |
| | 75th Percentile | $335 | $396 | $250 | $300 | n/a | n/a | n/a | n/a |
| | 95th Percentile | $494 | $500 | $325 | $388 | n/a | n/a | n/a | n/a |
| Tax/Estate Planning | Average | $239 | $281 | $221 | $229 | $219 | n/a | n/a | n/a |
| | Median | $235 | $275 | $215 | $240 | $213 | n/a | n/a | n/a |
| | 25th Percentile | $195 | $211 | $195 | $203 | $183 | n/a | n/a | n/a |
| | 75th Percentile | $275 | $328 | $250 | $280 | $246 | n/a | n/a | n/a |
| | 95th Percentile | $375 | $441 | $297 | $299 | $296 | n/a | n/a | n/a |

Exhibit 3 - Declaration of Naomi Levelle Haslitt
Page 5 of 5