**Naomi Levelle Haslitt**, OSB No. 075857
naomi.haslitt@millernash.com
**Michael Porter, P.C.**, OSB No. 003560
mike.porter@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Fax: 503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BRANDON AUSTIN,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES;** and **MICHAEL R. GOTTFREDSON,** all in their individual capacities only,<br><br>　　　　　Defendants. | Case No.: 6:15-cv-02257-MC (Lead Case)<br>Case No.: 6:16-cv-00647-MC (Member Case)<br><br>DECLARATION OF LISA THORNTON IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY FEES AND COSTS AND MEMORANDUM IN SUPPORT |
| **DOMINIC ARTIS** and **DAMYEAN DOTSON,**<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**UNIVERSITY OF OREGON; SANDY WEINTRAUB; CHICORA MARTIN; ROBIN HOLMES;** and **MICHAEL R. GOTTFREDSON,**<br><br>　　　　　Defendants. | |

Page 1 -　Declaration of Lisa Thornton in Support of Defendants' Motion for Attorney Fees and Costs and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-1186-0556.1

I, Lisa Thornton, hereby declare as follows:

1. I am the Public Records Officer for the University of Oregon. I am a duly-authorized custodian at the University of Oregon of the attached records. I have the authority to certify the attached records.

2. The attached records are true copies of the records and were created at or near the time of the act, condition, or event described or referred to in them.

3. The attached records were prepared or received and kept by the University of Oregon, or persons acting under its control, in the ordinary course of regularly conducted business.

4. Attached as Exhibit 1 is a copy of an e-mail chain exchanged between on or around May 19, 2014, through on or around May 22, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, Shaun McCrea, and Julia Cohalan (Subject: RE: Damyean Dotson-settlement proposal).

5. Attached as Exhibit 2 is a copy of an e-mail exchanged on or around May 22, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, Shaun McCrea, and Sam Hill (Subject: Conduct Matter).

6. Attached as Exhibit 3 is a redacted copy of an e-mail chain exchanged between on or around May 23, 2014, through on or around May 27, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, and Shaun McCrea (Subject: RE: Evidence).

7. Attached as Exhibit 4 is a redacted copy of a different e-mail chain exchanged between on or around May 23, 2014, through on or around May 27, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, and Shaun McCrea (Subject: RE: Evidence).

8. Attached as Exhibit 5 is a copy of an e-mail chain containing e-mails exchanged on or around May 28, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, Shaun McCrea, and Sandy Weintraub (Subject: RE: Brandon Austin).

Page 2 -    Declaration of Lisa Thornton in Support of Defendants' Motion for Attorney Fees and Costs and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-1186-0556.1

9. Attached as Exhibit 6 is a copy of an e-mail chain containing e-mails exchanged from or around June 10, 2014, through on or around June 16, 2014, between Douglas Park, Laura Fine Moro, Greg Veralrud, Shaun McCrea, and Sandy Weintraub (Subject: Re: Scheduling).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of July, 2017, in Eugene, Oregon.

_Lisa Thornton_
Lisa Thornton

Page 3 -   Declaration of Lisa Thornton in Support of Defendants' Motion for Attorney Fees and Costs and Memorandum in Support

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4820-1186-0556.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, I electronically filed the foregoing Declaration of Lisa Thornton in Support of Defendants' Motion for Attorney Fees and Costs and Memorandum in Support using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

DATED this 28th day of July, 2017.

                                          s/Naomi Levelle-Haslitt

                                        **Naomi Levelle Haslitt**
                                        Oregon State Bar No. 075857

                                        *Attorneys for Defendants*

Page 1 -   Certificate of Service

4822-7012-8972.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204