## Barker, Marcie

| | |
|---|---|
| **From:** | Douglas Park <dougpark@uoregon.edu> |
| **Sent:** | Thursday, May 22, 2014 5:16 PM |
| **To:** | 'Shaun McCrea'; Laura A. Fine (finelaw@qwestoffice.net); 'veralrud@oregonattorney.com' |
| **Cc:** | Sam Hill |
| **Subject:** | Conduct Matter |

Greetings Counsel (Shaun, Laura and Greg):

I sent the following written confirmation to Greg, so wanted to ensure that you all had the same information. In sum, the UO is willing to agree to the following.

If the accused students (Dominic, Austin and Damyean) all agree to waive the panel hearing currently set for May 30, and instead submit their cases to an administrative conference, the UO will agree to the following.
- The accused students can maintain their innocence at the administrative conference and argue that they are not responsible for any of the charged misconduct. In addition, they can offer, and the hearings officer will receive, any relevant information or argument that supports their assertions of innocence. Any finding of responsibility or non-responsibility for the charged misconduct will be based on the relevant information received by the hearings officer conducting the administrative conference, who, of course, is a neutral fact-finder.
- If an accused student is found responsible for misconduct after the administrative conference, UO will not seek expulsion: *i.e.* UO will not expel the student. Instead, the student may receive a lengthy suspension (possibly up to ten years) and be ordered to not come onto UO owned or controlled property, or attend UO sponsored events, for the duration of the suspension. That would enable the student to accurately say that he was not expelled from the UO. He could also accurately say in applications to other schools that he is eligible to return to UO (albeit in the future).
- In addition, UO will not place a notation on the student's transcript that describes the specific misconduct for which the accused student was found responsible. Rather, UO will place a generic statement on the transcript that says something like: student conduct violation.
- If a student is found responsible, UO will not disclose the result of such a finding of responsibility, except as permitted by FERPA or required by law.

If the accused students do not agree to waive the panel hearing currently set for May 30, the UO will proceed to a consolidated panel hearing against all the accused students. In that event, if a student is found responsible, UO will seek the maximum sanctions available, including but not limited to expelling the student, placing a negative notation on the student's transcript that specifically states the student was found responsible for sexual assault under the student conduct code, and reserving its right to disclose a finding of responsibility for sexual assault to the general public.

The reason UO is willing to agree to the bullet-points outlined above is because we would consider it (and we believe the complainant would consider it) a significant sign of caring and understanding if the accused students chose an administrative conference instead of a panel hearing. At the same time, we are not asking the accused students to admit responsibility. As noted above, if the students submit their cases to an administrative conference, they will still have their matters heard by a neutral fact-finder, and they can place whatever information is relevant into the record.

Thank you for your professionalism and assistance with these matters.

Doug



**Douglas Park | Associate General Counsel**
219 Johnson Hall | Eugene, OR 97403-1226
(541) 346-3082 | dougpark@uoregon.edu

2